THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM CASSELL, Appellant.

Argued November 15, 1950; decided January 11, 1951.

*Howard R. Lass* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Daniel M. Cohen, Wendell P. Brown, John J. Calanese* and *Sidney Tartikoff* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.